1123-15

# ELECTRONIC RECORD

COA # 01-14-00397-CR          OFFENSE: 19.02 (Murder)

STYLE: Ana Trujillo v. The State of Texas    COUNTY: Harris

COA DISPOSITION:       AFFIRM         TRIAL COURT: 338th District Court

DATE: 07/28/15          Publish: NO   TC CASE #:    1421621

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Ana Trujillo v. The State of Texas          CCA #:    1123-15

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:    _____

_____REFUSED_____    JUDGE:    _____

DATE: ___11/18/2015_____    SIGNED: _____    PC: _____

JUDGE: ___Per Curiam_____    PUBLISH: _____    DNP: _____
Hervey NOT PARTICIPATING

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**